**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DOROTHY CEPARANO,

                        Plaintiff,

   -against-                                **JUDGMENT**
                                                  CV-10-0728 (ADS)(ARL)

WELLS FARGO & COMPANY and TOM
PINKOWSKI,

                        Defendants.
-------------------------------------------------------------X

       An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on June 21, 2012, adopting and modifying the April 20, 2012 Report and Recommendation of Magistrate Judge Arlene R. Lindsay, denying plaintiff's motion for a default judgment against defendants Wells Fargo & Company and Tom Pinkowski, dismissing the claims against those defendants, and directing the Clerk of Court to close this case, it is

       **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that plaintiff's motion for a default judgment against defendants Wells Fargo & Company and Tom Pinkowski is denied; that the claims against defendants Wells Fargo & Company and Tom Pinkowski are dismissed; and that this case is hereby closed.

Dated:  Central Islip, New York
           June 22, 2012

                                                                    DOUGLAS C. PALMER
                                                                    Clerk of the Court

                                                     By:    /s/ Catherine Vukovich
                                                             Deputy Clerk